JAMES T. CONLEY, Bar No. 224174
james.conley@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA  95814
Telephone:  916-840-3150
Facsimile:   916-840-3159

TARA MOHSENI, CA Bar No. 313080
tara.mohseni@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FURMANSKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation and DOES 1-25, inclusive<br><br>Defendants. | Case No. 5:23-cv-00108-JGB-SHK<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: January 23, 2023<br><br>Trial Date: June 18, 2024 |

Case No. 5:23-cv-00108-JGB-SHK

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

In accordance with Local Rule 40-2, Plaintiff DAVID FURMANSKI and Defendant WAL-MART ASSOCIATES, INC., jointly submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 60 days in which to file the dismissal.

DATED: February 9, 2024    BEAMAN JACINTO LAW, P.C.

By: */s/ Megan Beaman*
Megan Beaman
Curtis Davis

Attorneys for Plaintiff
David Furmanski

DATED: February 9, 2024    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ James T. Conley*
James T. Conley
Tara Mohseni

Attorneys for Defendant
Wal-Mart Associates, Inc.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), James T. Conley hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2024    */s/ James T. Conley*
James T. Conley