1  JAMES T. CONLEY, SBN 224174
   james.conley@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  400 Capitol Mall, Suite 2800
   Sacramento, CA  95814
4  Telephone:  916-840-3150
   Facsimile:   916-840-3159
5
   TARA MOHSENI, SBN 313080
6  tara.mohseni@ogletree.com
   OGLETREE, DEAKINS, NASH,
7  SMOAK & STEWART, P.C.
   Park Tower, Fifteenth Floor
8  695 Town Center Drive
   Costa Mesa, CA  92626
9  Telephone:  714-800-7900
   Facsimile:   714-754-1298
10
   Attorneys for Defendant
11 WAL-MART ASSOCIATES, INC.

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15 DAVID FURMANSKI, an individual | Case No. 5:23-cv-00108-JGB-SHK

16            Plaintiff,            | **STIPULATION OF DISMISSAL**

17       v.                         | Complaint Filed: January 23, 2023

18 WAL-MART ASSOCIATES, INC., a     | Trial Date: June 18, 2024
   Delaware corporation and DOES 1-25,
19 inclusive

20            Defendants.

21

Case No. 5:23-cv-00108-JGB-SHK
STIPULATION OF DISMISSAL

Plaintiff David Furmanski and Defendant Wal-Mart Associates, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: April 16, 2024          BEAMAN JACINTO LAW, P.C.

By: */s/ Megan Beaman*
    Megan Beaman
    Curtis Davis

    Attorneys for Plaintiff
    David Furmanski

DATED: April 16, 2024          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ James T. Conley*
    James T. Conley
    Tara Mohseni

    Attorneys for Defendant
    Wal-Mart Associates, Inc.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), James T. Conley hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 16, 2024          */s/ James T. Conley*
                               James T. Conley